UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Galindo Alvarado,

                Plaintiff,

-against-

Saluggi's East Inc., the Estate of William Wall, Camille McCahill, and Drake Hovis,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/26/2023_

23 Civ. 551 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 24, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by May 24, 2023. ECF No. 5. That submission is now overdue. Accordingly, by **June 20, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 26, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge