UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS GALINDO ALVARADO,<br><br>                    Plaintiff,<br><br>-against-<br><br>SALUGGI'S EAST INC., THE ESTATE OF WILLIAM WALL, CAMILLE MCCAHILL, AND DRAKE HOVIS,<br><br>                    Defendants. | 23-CV-0551 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that the Case Management Conference schedule for **November 14, 2023 at 11:00 a.m.** is hereby rescheduled for **November 14, 2023 at 2:30 p.m.** The conference will be held remotely by Microsoft Teams. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 25, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge