UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS GALINDO ALVARADO,

                Plaintiff,

-against-

SALUGGI'S EAST INC., et al.,

                Defendant.

23-CV-551 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    As discussed during today's conference, counsel for Defendants is reminded that continued failure to comply with court orders will result in sanctions. Counsel for Defendants' anticipated motion to withdraw as counsel for Defendant Camille McCahill is due by **November 16, 2023**. The parties are reminded that the close of fact discovery is **December 5, 2023**. Any motion to extend that deadline must be filed 48 hours before that date and must provide the basis for this request pursuant to the Court's Individual Rule 2(e).

    If the discovery is not extended, the parties are ORDERED to submit to the Court, by **December 12, 2023**, a joint status letter setting forth whether the parties seek to be referred to Magistrate Judge Wang for a settlement conference. Prior to submitting the joint status letter, the parties are ORDERED to discuss a potential resolution of this matter for at least one hour.

    Counsel for Defendants stated that Defendants may file a dispositive motion in this matter. As such, the following briefing schedule shall apply: any motion for summary judgment is due by **January 5, 2024**; an opposition is due by **January 26, 2024**; and a reply is due by **February 9, 2024**.

Dated:  November 15, 2023
          New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*
                                      _____
                                      JESSICA G. L. CLARKE
                                      United States District Judge