UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS GALINDO ALVARADO,

                Plaintiff,

-against-

SALUGGI'S EAST INC., et al.,

                Defendants.

23-CV-551 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    As discussed during today's conference, the parties' deadline to complete fact discovery is extended 90 days to **August 9, 2024**. It is hereby ORDERED that the following briefing schedule shall apply for any dispositive motion: any motion is due by **September 6, 2024**; an opposition is due by **October 7, 2024**; and a reply is due by **October 21, 2024**.

    By separate order, the Court will refer this case to Magistrate Judge Wang for a settlement conference. The Clerk of Court is directed to un-stay this case.

Dated: May 14, 2024
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge