# Law Office of Mohammed Gangat

675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

June 27, 2024

**MEMO ENDORSED.**

*via ECF*
Hon. Magistrate Judge Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040,
New York, NY 10007

Re:   *Carlos Galindo Alvarado v. Saluggis East Inc., et. al.*
      Case No. 1:23-cv-00551-JGLC

To the Honorable Judge Wang:

I represent Plaintiff Carlos Galindo Alvarado, in the above-referenced matter. I submit this letter to respectfully request an adjournment to the Pre-Settlement Conference Call scheduled for July 2, 2024. Counsel for Defendants Saluggi's East Inc.; the Estate of William Wall; and Drake Hovis, consents to this request.

On June 4, 2024, the Court held a call to discuss settlement. The parties discussed that they needed to take a non-party deposition, and then a follow up call to discuss settlement with the Court would be in order. The Court then scheduled that follow up call for July 2, 2024.

The parties are requesting to adjourn the July 2, 2024, call because the non-party deposition has not happened. The deposition has been scheduled for July 10, 2024 and will go forward on that date. The parties were hoping to have it done sooner but were not able to. For that reason, the parties respectfully request the July 2, 2024 call be adjourned to a date after July 10, 2024. This is the first request to adjourn this call.

As always, I thank the Court for its time and consideration.

Respectfully submitted,

*/s Mohammed Gangat*
Mohammed Gangat, Esq.

Application **GRANTED**. The Pre-Settlement Conference Call scheduled for July 2, 2024, is **ADJOURNED** to **Tuesday, July 23, 2024 at 3:00 p.m.**

**SO ORDERED.**

Ona T. Wang          6/28/24
U.S.M.J.