**Law Office of Mohammed Gangat**  675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

October 1, 2024



*via ECF*
Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040,
New York, NY 10007

Re:  *Carlos Galindo Alvarado v. Saluggis East Inc., et. al.*
     Case No. 1:23-cv-00551-JGLC

To the Honorable Judge Clarke:

I represent Plaintiff Carlos Galindo Alvarado, in the above-referenced matter. I submit this letter to request a stay to the deadlines in this case. Counsel for defendants Saluggi's East Inc., the Estate of William Wall, Camille McCahill, and Drake Hovisconsent ("Defendants") joins in this request.

The parties have reached a settlement in principle and need time to prepare the settlement agreement. This is an action under the Fair Labor Standards Act, and therefore any settlement must be approved by the Court. Plaintiff submits that FLSA cases may be resolved with Court approval or acceptance of an offer of judgment that complies with the requirements of Rule 68. See Ortiz v Lasership, 23-cv-03676-CS, text entry Order, Docket No. 17 (Dec. 26, 2023 S.D.N.Y.) (Seibel, J.)

The parties are now respectfully requesting a stay of 30 days, to allow the parties to submit either a Notice of Acceptance of Rule 68 Offer or *Cheeks* Motion for Settlement Approval.

As always, I thank the Court for its time and consideration.

Respectfully submitted,

*/s Mohammed Gangat*
Mohammed Gangat, Esq.

Application GRANTED. This matter is hereby STAYED for 30 days to permit the parties to prepare a settlement agreement for the Court to review. The Clerk of Court is directed to stay this case and to terminate ECF No. 71.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 4, 2024
       New York, New York