UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Galindo Alvarado,

      *Plaintiff*,

-against-

Saluggi's East Inc., the Estate of William Wall, Camille McCahill, and Drake Hovis,

      *Defendants*.

Case No. 1:23-cv-00551-AT

**JUDGMENT**

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Carlos Galindo Alvarado ("Plaintiff") on November 15, 2024, accepting the November 15, 2024, Offer of Judgment from defendants Saluggi's East Inc., the Estate of William Wall, Camille McCahill, and Drake Hovis ("Defendants") to allow judgment against them in favor of Plaintiff in the amount of $45,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Carlos Galindo Alvarado and against Defendants, Saluggi's East Inc., the Estate of William Wall, Camille McCahill, and Drake Hovis, in the total amount of $45,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff; and that this case is closed.

Judgment signed this <u>18th</u> day of <u>November</u> 2024.

              */s/ Jessica Clarke*
              Hon. Jessica G. L. Clarke
              United States District Judge